**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7146**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY ACHIEKWELU,

Defendant - Appellant.

─────────────

**No. 98-7280**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY ACHIEKWELU,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CR-94-376-A, CA-98-234-AM)

─────────────

Submitted:  November 5, 1998        Decided:  November 23, 1998

─────────────

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

_____

Dismissed in part and affirmed in part by unpublished per curiam opinion.

_____

Henry Achiekwelu, Appellant Pro Se.  Barbara Ann Martinez, Nicole Miller Healy, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Achiekwelu seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). Appellant further appeals from the district court's order overruling his objections to subpoenas duces tecum issued by the Government. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal of the denial of relief under § 2255 and affirm the order enforcing the subpoenas on the reasoning of the district court. United States v. Achiekwelu, Nos. CR-94-376-A; CA-98-234-AM (E.D. Va. June 29 & Aug. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART; AFFIRMED IN PART